UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nathalyd Fernandez Tardillo, <br><br>        Petitioner, <br><br> -against- <br><br> Kenneth Genalo, in his official capacity as Director of New York City Field Office, U.S. Immigration and Customs Enforcement, <br><br>        Respondent. | 26-CV-1449 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the petition for a writ of habeas corpus. Dkt. 1. Respondent should respond to the petition via letter by **6:00 PM today, February 20, 2026**, and explain if there is any reason, based on the Court's prior decisions in *J.G.O. v. Francis*, as well as in *Tall v. Joyce*, *Landaverde v. Genalo*, and *Diallo v. Joyce*, why petitioner should not be released. *See J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025); *Tall v. Joyce*, 2025 WL 3718476 (S.D.N.Y. Dec. 23, 2025); *Landaverde v. Genalo*, 2026 WL 83951 (S.D.N.Y. Jan. 12, 2026); *Diallo v. Joyce*, 2025 WL 3718477 (S.D.N.Y. Dec. 23, 2025). Alternatively if the government agrees to voluntarily release the petitioner in light of this Court's prior decisions, the government need not respond on the merits.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g., Khalil v. Joyce*, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, **Respondent shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court**. *See, e.g., Perez y Perez v. Noem*, 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

      SO ORDERED.

Dated: February 20, 2026
      New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge