UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Nathalyd Fernandez Tardillo,

                        Petitioner,

-against-

Kenneth Genalo, in his official capacity as Director of New York City Field Office, U.S. Immigration and Customs Enforcement,

                        Respondent.

26-CV-1449 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of the government's response to the petition for a writ of habeas corpus. Dkt. 6. A hearing is scheduled in this case for Friday, February 27, 2026, at 11:00 am in Courtroom 15A in the Daniel Patrick Moynihan courthouse, 500 Pearl Street. Pursuant to 28 U.S.C. § 2243, petitioner should be produced for this hearing. **The government shall not otherwise move petitioner from her current place of detention (unless it is to return the petitioner to this district), pending the Court's resolution of the venue issue raised in the government's response**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner's Next Friend. Upon receipt of this Order, petitioner's Next Friend should promptly contact Civil Case Openings at caseopenings@nysd.uscourts.gov or 212-805-0632 to give the Court her email address, if she consents to electronic communications regarding this case.

SO ORDERED.

New York, New York
Dated: February 23, 2026

                                                       ARUN SUBRAMANIAN
                                                       United States District Judge