UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nathalyd Fernandez Tardillo,<br><br>      Petitioner,<br><br>   -against-<br><br>Kenneth Genalo, in his official capacity as Director of New York City Field Office, U.S. Immigration and Customs Enforcement,<br><br>      Respondent. | 26-CV-1449 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **6:00 PM today, February 25, 2026**, the government shall provide the Court with petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner.

   SO ORDERED.

Dated: February 25, 2026
   New York, New York

                 ARUN SUBRAMANIAN
                United States District Judge