UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nathalyd Fernandez Tardillo, | |
| Petitioner, | |
| -against- | 26-CV-1449 (AS) |
| Kenneth Genalo, in his official capacity as Director of New York City Field Office, U.S. Immigration and Customs Enforcement, | ORDER |
| Respondent. | |

ARUN SUBRAMANIAN, United States District Judge:

The government has withdrawn its challenge to venue in this case. Dkt. 16. On the merits, the government has conceded that "the relevant facts of this case—as they concern ICE's statutory authority to detain Petitioner—are materially indistinguishable from those in *J.G.O.*," Dkt. 16. *See J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025). The Court stands by its decision in *J.G.O.*

Further, the government has not presented any reason why release would not be the appropriate remedy if the Court adheres to *J.G.O.*, nor has it argued that petitioner poses any danger to the community or any risk of flight. Pursuant to this Court's prior decisions, the appropriate remedy is release. *See Tall v. Joyce*, 2025 WL 3718476 (S.D.N.Y. Dec. 23, 2025); *Landaverde v. Genalo*, 2026 WL 83951 (S.D.N.Y. Jan. 12, 2026).

Accordingly, the Court orders that petitioner be released from immigration custody by 9:00 PM tonight, February 26, 2026. The government shall file a letter on the docket confirming petitioner's release.

The Clerk of Court is respectfully directed to terminate Dkt. 14 and close this case.

SO ORDERED.

Dated: February 26, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge