**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NATHALYD FERNANDEZ TARDILLO,

                    Petitioner,                26 **CIVIL** 1449 (AS)

        -against-                         **JUDGMENT**

KENNETH GENALO, IN HIS OFFICIAL
CAPACITY AS DIRECTOR OF NEW YORK
CITY FIELD OFFICE, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT,

                    Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 26, 2026, the Court orders that petitioner be released

from immigration custody; accordingly, the case is closed.

**DATED:** New York, New York
           March 4, 2026

                                **TAMMI M. HELLWIG**

                                    **Clerk of Court**

            **BY:**

                                    **Deputy Clerk**